**Order entered June 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00546-CV

**COLLIN COUNTY, TEXAS, Appellant/Cross-Appellee**

**V.**

**THE CITY OF MCKINNEY, TEXAS, Appellee/Cross-Appellant**

**V.**

**AND CUSTER STORAGE CENTER, LLC, Appellee**

On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-03649-2015

## ORDER

Before Chief Justice Wright, Justice Lang, and Justice Stoddart

Before the Court is Appellee/Cross-Appellant City of McKinney's Motion for Rehearing.

We **DENY** the motion. Also before the Court is Appellee Custer Storage Center LLC's Motion

for Rehearing. We **DENY** the motion.


/s/    CRAIG STODDART
       JUSTICE